**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

IN RE MEDTRONIC, INC.     )     Lead Case No. 14-cv-03540 (SRN/JJK)
DERIVATIVE LITIGATION    )
                      )
This Document Relates to:     )
                      )
    ALL ACTIONS        )
_____)

**ORDER GRANTING STIPULATION FOR**
**DISMISSAL OF THE ACTION WITHOUT PREJUDICE**

Based upon the Stipulation for Dismissal of the Action Without Prejudice [Docket

No. 48], and having found good cause to grant it, the Court orders as follows:

1.     This action shall be dismissed without prejudice; and

2.     Each party shall bear its own costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

Dated:  January 7, 2015         BY THE COURT:

                                s/Susan Richard Nelson
                                SUSAN RICHARD NELSON
                                United States District Judge